UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARIO GONZALEZ,<br><br>                    Petitioner,<br><br>      -against-<br><br>W.S. PLILER,<br><br>                    Respondent. | 1:22-CV-9602 (JLR)<br><br>**ORDER TO ANSWER, 28 U.S.C. § 2241** |

JENNIFER L. ROCHON, United States District Judge:

The Court, having examined the petition in this action, which Petitioner filed pursuant to 28 U.S.C. § 2241, hereby ORDERS that:

The Clerk of Court shall electronically notify the Civil Division of the U.S. Attorney's Office for the Southern District of New York that this order has been issued.

**Within 60 days of the date of this Order**, the U.S. Attorney's Office shall file an answer or other pleading in response to the petition. Petitioner may file reply papers, if any, **within 30 days from the date Petitioner is served** with Respondent's answer.

Dated:   December 16, 2022
             New York, New York

                                                        SO ORDERED.

                                                        *Jennifer Rochon*
                                                        JENNIFER L. ROCHON
                                                        United States District Judge