**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
MARIO GONZALEZ,

                     Petitioner,                  22 **CIVIL** 9602 (JLR)(RW)

                -against-                    **JUDGMENT**

W.S. PLILER,

                     Respondent.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 6, 2026, the Court adopts the Report & Recommendation in its entirety.

Petitioner has not made a substantial showing of the denial of a constitutional right and, accordingly, a certificate of appealability will not issue. *See* 28 U.S.C. § 2253(c); *see also, e.g., Matthews v. United States*, 682 F.3d 180, 185 (2d Cir. 2012). In addition, this Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this Order would not be taken in good faith, and *in forma pauperis* status is thus denied. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962); accordingly, the case is closed.

**Dated:** New York, New York
      January 7, 2026

                                  **TAMMI M. HELLWIG**
                                  _____
                                   **Clerk of Court**

                  **BY:**     _____
                               **Deputy Clerk**